Isidor Streimer, Respondent, v. Isaac Cohen, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.   Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Alfred Tilly, Respondent, v. Otto F. Von Arnim, Appellant.— Judgment and order affirmed, with costs.   No opinion.   Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles T. Tooker, Respondent, Appellant, v. Eppinger & Russell Company, Appellant, Respondent.— Judgment modified by inserting a provision dismissing the complaint as to first cause of action, and as modified affirmed, without costs. No opinion.   Hirschberg, P. J., Woodward, Rich and Miller, JJ., concurred.

Frederick Tyrrell, Appellant, v. Emma Forsythe (Formerly Emma Thompson), Respondent, Impleaded with the South Brooklyn Savings Institution.— Judgment affirmed, with costs.   No opinion.   Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Platt Van Cott, Respondent, v. Nicholas J. Hayes, Commissioner of the Fire Department of the City of New York, as Trustee of the New York Fire Department Relief Fund, Appellant.— Judgment affirmed, with costs.   No opinion. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Sarah Ann Wells, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence presented a question of fact that ought to have been submitted to the jury.   Jenks, Hooker, Rich and Miller, JJ., concurred.

Henry E. Wells, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence presented a question of fact that ought to have been submitted to the jury.   Jenks, Hooker, Rich and Miller, JJ., concurred.

Rosalie A. Wilke, Appellant, v. Edmund H. Wright, John H. Vought and William G. Ver Planck, as Substituted Trustees of the Trust Created for Annie M. Vought, under the Will of Hosea Webster, Deceased, Respondents.— Interlocutory judgment affirmed, with costs.   No opinion.   Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Frank Woods, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present— Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Carl C. Berthelson, Appellant, v. John C. Gabler, Respondent.— Motion denied.   Present— Woodward, Jenks, Gaynor and Rich, JJ.

Raffaelo Borrelli and Jimi Lista, Respondents, v. Richard C. Pohle, Defendant, and Herman Masche, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant perfect the return and is ready to argue the appeal at the April term of this court.   On compliance with these conditions the motion is denied, without costs.   Present— Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Estate of Hannah Maria Bainbridge, Deceased.— Motion granted.   Order to be settled before Mr. Justice Woodward.   Present— Woodward, Jenks, Gaynor and Rich, JJ.

In the Matter of the Probate of the Will of Robert E. Hopkins, Deceased.— Motion to resettle order denied.   Present— Woodward, Jenks, Gaynor and Rich, JJ.

Patrick Larkin, Appellant, v. John McNamee, etc., and Others, Respondents. —Motion denied, on the ground that the application should be made to the Special Term.   Present— Woodward, Jenks, Gaynor and Rich, JJ.

Josiah J. White, Plaintiff, v. William B. Davenport and Others, Defendants.— Motion denied.   Present— Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.